**In the Interest of T.S., Petitioner.**

**CALLAWAY COUNTY JUVENILE OFFICE, Respondent,**

v.

**A.S. (Natural Father), C.S. (Natural Mother), Appellants.**

**Nos. WD 53292, WD 53300.**

Missouri Court of Appeals, Western District.

Aug. 19, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 30, 1997.

Application to Transfer Denied Nov. 25, 1997.

---

James C. Dowling, Fulton, for A.S. Natural Father.

Paul J. Stingley, Riley & Dunlap, Fulton, for C.S. (Natural Mother).

Maureen Monaghan, Columbia, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and HOWARD, JJ.

## ORDER

PER CURIAM.

Natural mother and father appeal from a judgment of the Juvenile Division of the Family Court of Boone County, Missouri terminating their parental rights to their minor son, T.S., pursuant to § 211.447.2(3), RSMo 1994.

The judgment is affirmed. Rule 84.16(b).